**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

**UNITED STATES OF AMERICA**          **CASE NO.  5:26-CR-00037-01**

**VERSUS**                            **JUDGE TERRY A. DOUGHTY**

**JOHNNY SALAZAR-RUANO (01)**          **MAGISTRATE JUDGE HORNSBY**

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 34], and the parties having waived their right to object thereto,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Court accepts the guilty plea of Defendant, Johnny Salazar-Ruano, and adjudges him **GUILTY** of the offense charged in Count 1 of the Indictment.

MONROE, LOUISIANA, this 19th day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE